IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RHONDA J. FAGAN, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JO ANNE BARNHART, )<br>Commissioner, Social Security )<br>Administration, )<br>)<br>Defendant. ) | Case Number CIV-05-174-F |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 30, 2006, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation (doc. no. 22), wherein he recommended that the final decision of defendant denying plaintiff's application for disability insurance benefits be affirmed.

Presently before the court is plaintiff's timely objection to Magistrate Judge Argo's Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter. Having done so, the court concludes that plaintiff's objection is without merit. The court agrees with the recommendation of Magistrate Judge Argo and adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo on March 30, 2006 (doc. no. 22) is **AFFIRMED**. The final decision of defendant, Jo Anne B. Barnhart, the Commissioner of Social

Case 5:05-cv-00174-F   Document 24   Filed 06/15/06   Page 2 of 2

Security Administration, denying plaintiff's application for disability insurance benefits is **AFFIRMED**.  Judgment shall issue forthwith.

DATED June 15, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0174p003.wpd